CO-386-online
10/03

# United States District Court
# For the District of Columbia

Brailsford & Dunlavey, Inc.　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　)
　　　　　　　　Plaintiff　)　　Civil Action No._____
　　　vs　　　　　　　　　　)
　　　　　　　　　　　　　　)
The Nashville Sounds Baseball Club　)
L.P.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　Defendant　)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Brailsford & Dunlavey, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Brailsford & Dunlavey, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　　_[signature]_____
　　　　　　　　　　　　　　　　　　　Signature

491185　　　　　　　　　　　　　　　　Jonathan D. Fine
_____　　　_____
BAR IDENTIFICATION NO.　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　1201 F. Street, NW, Suite 500
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　City　　　　State　　　Zip Code

　　　　　　　　　　　　　　　　　　　202-833-8900
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Phone Number