UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x

BRAILSFORD & DUNLAVEY, INC.

      Petitioner,

v.

NASHVILLE SOUNDS BASEBALL CLUB
LIMITED PARTNERSHIP,

      Respondent.

------------------------------------------------------------------ x

Civil Action No.

NOTICE OF APPLICATION TO
CONFIRM ARBITRAL AWARD

TO:   Nashville Sounds Baseball Club Limited Partnership
      Greer Stadium
      534 Chestnut Street
      Nashville, TN 37203

TAKE NOTICE that on this date the attached Application to Confirm Arbitral Award was filed in the United States District Court for the District of Columbia. Any filings in respect of the aforementioned application must be directed to the United States District Court for the District of Columbia using the above-noted case number and served upon undersigned counsel for Petitioner Brailsford & Dunlavey, Inc.

                                  BAACH ROBINSON & LEWIS PLLC

                                  By: _____
                                  Duane K. Thompson, Esq. (376180)
                                  Jonathan D. Fine, Esq. (491185)
                                  1201 F Street, NW, Suite 500
                                  Washington, DC 20004-1225
                                  202-833-8900
                                  *Attorneys for Petitioner Brailsford & Dunlavey*

Dated: January 31, 2008
       Washington, D.C.