UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

BRAILSFORD & DUNLAVEY, INC.

      Petitioner,

v.

NASHVILLE SOUNDS BASEBALL CLUB
LIMITED PARTNERSHIP,

      Respondent.

------------------------------------------------------------------ X

Civil Action No. 08-CV-186

NOTICE OF APPEARANCE OF
DUANE K. THOMPSON, ESQ.

      Duane, K. Thompson, Esq. of Baach Robinson & Lewis PLLC respectfully requests that his appearance be entered as counsel of record on behalf of Petitioner Brailsford & Dunlavey, Inc.

      BAACH ROBINSON & LEWIS PLLC

By: ___/s/ Duane K. Thompson___
Duane K. Thompson, Esq. (376180)
1201 F Street, NW, Suite 500
Washington, DC 20004-1225
Tel: 202-833-8900
*Attorneys for Petitioner Brailsford & Dunlavey*

Dated: February 28, 2008
      Washington, D.C.

## CERTIFICATE OF SERVICE

I certify that this day I caused the foregoing Notice of Appearance of Duane K. Thompson to be served on the following by first class mail:

Nashville Sounds Baseball Club Limited Partnership
Greer Stadium
534 Chestnut Street
Nashville, TN 37203

Dated: February 28, 2008

Andrew Lyons