UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- X

BRAILSFORD & DUNLAVEY, INC.

    Petitioner,

                                         Civil Action No. 1:08-cv-00186

v.                                        NOTICE OF PROOF OF
                                         SERVICE OF APPLICATION
                                         TO CONFIRM ARBITRAL
NASHVILLE SOUNDS BASEBALL CLUB    AWARD
LIMITED PARTNERSHIP,

    Respondent.

------------------------------------------------------------- X

TO:    Nashville Sounds Baseball Club Limited Partnership
        Greer Stadium
        534 Chestnut Street
        Nashville, TN 37203

        TAKE NOTICE that on this date the attached Proof of Service of Application to Confirm

Arbitral Award was filed in the United States District Court for the District of Columbia

                                          BAACH ROBINSON & LEWIS PLLC

                                          By: *Duane Thompson*
                                          Duane K. Thompson, Esq. (376180)
                                          Jonathan D. Fine, Esq. (491185)
                                          1201 F Street, NW, Suite 500
                                          Washington, DC 20004-1225
                                          202-833-8900
                                          *Attorneys for Petitioner Brailsford & Dunlavey*

Dated: February 28, 2008
        Washington, D.C.

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Brailsford & Dunlavey, Inc. | 08-CV-00186 (D.C. Dist. Ct.) |
| DEFENDANT | TYPE OF PROCESS |
| Nashville Sounds Baseball Club L.P. | App. to conf. arb. award. 9 USC 9 |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nashville Sounds Baseball Club L.P., Greer Stadium

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
534 Chestnut Street, Nashville, TN 37203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jonathan D. Fine, Esq.
Baach Robinson & Lewis PLLC
1201 F Street, N.W., Suite 500
Washington, D.C. 20004

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please return Clerk's copy to:
Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

USMS 02/04/08 PM 2:55

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 202-833-8900
DATE: Feb. 1, 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 75
District to Serve No. 75
Signature of Authorized USMS Deputy or Clerk
Date: 2/4/08

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Barbara Walker (Accountant)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2-21-08
Time: 9:55 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | 45.00 | -0- |

REMARKS: 2-21-08 6 miles RT. PM/

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**CERTIFICATE OF SERVICE**

I hereby certify that I caused Brailsford & Dunlavey's Notice of Proof of Service of Application to Confirm Arbitral Award to be served by first class mail on Nashville Sounds Baseball Club Limited Partnership, Greer Stadium, 534 Chestnut Street, Nashville, TN 37203, in the manner indicated below on this the 28th day of February, 2008.

Andrew W. Lyons