UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

BRAILSFORD & DUNLAVEY, INC.                     :
                                                :
            Petitioner,                         :   **Civil Action No. 1:08-cv-00186**
                                                :
v.                                              :   **NOTICE OF [PROPOSED]**
                                                :   **ORDER & JUDGMENT**
                                                :   **CONFIRMING ARBITRAL**
NASHVILLE SOUNDS BASEBALL CLUB                  :   **AWARD**
LIMITED PARTNERSHIP,                            :
                                                :
            Respondent.                         :
                                                :
------------------------------------------------------------------ X

TO:    Nashville Sounds Baseball Club Limited Partnership
       Greer Stadium
       534 Chestnut Street
       Nashville, TN 37203

       TAKE NOTICE that on this date the attached [Proposed] Order & Judgment Confirming

Arbitral Award was filed in the United States District Court for the District of Columbia

                              BAACH ROBINSON & LEWIS PLLC


                              By: _____
                                  Duane K. Thompson, Esq. (376180)
                                  Jonathan D. Fine, Esq. (491185)
                                  1201 F Street, NW, Suite 500
                                  Washington, DC 20004-1225
                                  202-833-8900
                              *Attorneys for Petitioner Brailsford & Dunlavey*


Dated:  March 6, 2008
        Washington, D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

BRAILSFORD & DUNLAVEY, INC.                      :
                                                 :
            Petitioner,                          :    Civil Action No. 1:08-cv-00186
                                                 :
v.                                               :
                                                 :    [PROPOSED] ORDER &
NASHVILLE SOUNDS BASEBALL CLUB                   :    JUDGMENT
LIMITED PARTNERSHIP,                             :    CONFIRMING ARBITRAL
                                                 :    AWARD
            Respondent.                          :
                                                 :
                                                 :
------------------------------------------------------------------ X

       Upon the entire record in this case it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.     Petitioner Brailsford & Dunlavey's motion to confirm the arbitral award made in its favor by Arbitrator James F. Lee, Jr., on January 3, 2008 (the "Award") is GRANTED.

2.     JUDGMENT shall be entered in favor of Brailsford & Dunlavey, Inc. and against the Nashville Sounds Baseball Club L.P. for which execution may issue, in the in the amount of:

    a.   $569,888.90 plus interest, from November 30, 2007 to date, at the rate of prime plus 1% as printed in the Wall Street Journal, plus costs of $12,887.50, as set forth in the Award; and

    b.   Post-judgment interest and costs.

DONE this the _____ day of _____.


                             _____
                             United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused Brailsford & Dunlavey's Notice of [Proposed] Order & Judgment Confirming Arbitral Award to be served by first class mail on Nashville Sounds Baseball Club Limited Partnership, Greer Stadium, 534 Chestnut Street, Nashville, TN 37203, on this the 6th day of March, 2008.

Andrew W. Lyons