UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRAILSFORD & DUNLAVEY, INC.,**<br><br>Petitioner,<br><br>v.<br><br>**NASHVILLE SOUNDS BASEBALL CLUB LIMITED PARTNERSHIP,**<br><br>Respondent. | Civil Action No. 1:08-cv-00186<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for Respondent Nashville Sounds Baseball Club Limited Partnership.

I certify that I am admitted to practice in this court.

DATED: March 24, 2008

By: /s/ John K. Roche
John K. Roche (Bar No. 491112)
**PERKINS COIE LLP**
607 Fourteenth Street, N.W., Suite 800
Washington, DC  20005-2003
Telephone: 202.434.1627
Facsimile: 202.654.9106
Email: jroche@perkinscoie.com

*Attorney for Respondent Nashville Sounds Baseball Club Limited Partnership*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, I will electronically file the foregoing with the Clerk of Court using the ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Duane K. Thompson, Esq. (376180)
Jonathan D. Fine, Esq. (491185)
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Telephone: 202-833-8900
duane.thompson@baachrobinson.com
jonathan.fine@baachrobinson.com

Counsel for Petitioner

By: /s/ John K. Roche
John K. Roche (Bar No. 491112)
**PERKINS COIE LLP**
607 Fourteenth Street, N.W., Suite 800
Washington, DC  20005-2003
Telephone: 202.434.1627
Facsimile: 202.654.9106
Email: jroche@perkinscoie.com

*Attorney for Respondent Nashville Sounds Baseball Club Limited Partnership*