UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------------- X

**BRAILSFORD & DUNLAVEY, INC.**

      Petitioner,

v.

**NASHVILLE SOUNDS BASEBALL CLUB LIMITED PARTNERSHIP,**

      Respondent.

Civil Action No. 1:08-cv-00186

STIPULATION CONFIRMING ARBITRAL AWARD

----------------------------------------------------------------- X

    Petitioner Brailsford & Dunlavey, Inc. ("B&D") and Respondent Nashville Sounds Baseball Club Limited Partnership ("NSBC"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. The arbitral award made in B&D's favor by Arbitrator James F. Lee, Jr., on January 3, 2008, is confirmed.

2. Judgment shall be entered in favor of B&D and against NSBC for which execution may issue in the in the amount of $569,888.90 plus interest, from November 30, 2007 to date, at the rate of prime plus 1% as printed in the Wall Street Journal, plus costs of $12,887.50, as set forth in the Award; and post-judgment interest and costs.

| | |
|---|---|
| /s/ John K. Roche | /s/ Jonathan D. Fine (by JKR with permission) |
| John K. Roche, Esq. (491112) | Duane K. Thompson, Esq. (376180) |
| Perkins Coie LLP | Jonathan D. Fine, Esq. (491185) |
| 607 14th Street, NW, Suite 800 | Baach Robinson & Lewis PLLC |
| Washington, DC 20005 | 1201 F Street, NW, Suite 500 |
| Counsel for Respondent | Washington, DC 20004 |
| | Counsel for Petitioner |

Dated: March 24, 2008
        Washington, D.C.