UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRAILSFORD & DUNLAVEY, INC.** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-186 (RCL) |
| ) | |
| **NASHVILLE SOUNDS BASEBALL** ) | |
| **CLUB LIMITED PARTNERSHIP** ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is hereby

ORDERED that the parties' stipulation [9] filed with this Court on March 24, 2008, is approved. Consistent with the stipulation, it is further hereby

ORDERED that the arbitral award dated January 3, 2008, made in favor of Brailsford & Dunlavey, Inc. is confirmed. It is further hereby

ORDERED that judgment shall be entered in favor of Brailsford & Dunlavey, Inc. and against Nashville Sounds Baseball Club L.P. for which execution may issue in the amount of $569,888.90 plus interest, from November 30, 2007 to date, at the rate of prime plus one percent (1%) interest as printed in the Wall Street Journal; plus costs of $12,887.50, as set forth in the Award; and post-judgment interest and costs.

Signed by United States District Judge Royce C. Lamberth, on March 25, 2008.